# United States District Court

DISTRICT OF __MASSACHUSETTS__

ROBERT J. MEYER, Individually and On
Behalf of All Others Similarly Situated,

V.

CLEAN HARBORS, INC., ALAN S. MCKIM
and ROGER A. KOENECKE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER

**03-12523 RWZ**

TO: (Name and address of defendant)

CLEAN HARBORS, INC.
1501 Washington Street
Braintree, MA  02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA  02109-4216
617-369-7979

Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
One Pennsylvania Plaza
New York, NY  10119-0165
212-594-5300

Marc L. Ackerman
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA  19004
610-667-6200

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

DEC 1 6 2003
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: DECEMBER 18, 2003 |
| NAME OF SERVER (PRINT): ROBERT J. MESSINA | TITLE: CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING IN HAND TO MS. ALICIA THOMS, LEGAL DEPARTMENT AND PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT CLEAN HARBORS, INC.-SAID SERVICE WAS MADE AT 1501 WASHINGTON STREET BRAINTREE, MASS.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $45.00 | $55.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DECEMBER 18, 2003
        Date

Signature of Server: *[signed]* Robert J. Messina

707 E. 6th ST., SOUTH BOSTON, MASS.
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.