# United States District Court

_____ DISTRICT OF _____ MASSACHUSETTS _____

2003 DEC 29 P 3: 40

ROBERT J. MEYER, Individually and On
Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CLEAN HARBORS, INC., ALAN S. MCKIM
and ROGER A. KOENECKE

**03 CV 12523 RWZ**

TO: (Name and address of defendant)

Roger A. Koenecke
CLEAN HARBORS, INC.
1501 Washington Street
Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | Steven G. Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>MILBERG WEISS BERSHAD<br>  HYNES & LERACH LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 | Marc L. Ackerman<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004<br>610-667-6200 |

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK: TONY ANASTAS

DATE: DEC 1 6 2003

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE DECEMBER 18, 2003 |
| NAME OF SERVER (PRINT) ROBERT J. MESSINA | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING IN HAND TO MS. ALICIA THOMS, LEGAL DEPARTMENT AND PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT ROGER A. KOENECKE. SAID SERVICE WAS MADE AT CLEAN HARBORS, INC., 1501 WASHINGTON STREET, BRAINTREE, MASS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $45.00 | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   DECEMBER 18, 2003
                     Date

*Signature of Server*   [signed: Robt. J. Messina]

707 E. 6th ST., SOUTH BOSTON, MASS.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.