UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 23 A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT J. MEYER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, <br><br> Defendants. | CIVIL ACTION NO. 03-CV12523RWZ |

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

The parties, by their undersigned counsel, hereby stipulate and agree that defendants need not file an answer or otherwise respond to the Complaint until thirty (30) days after an Amended Complaint is filed.

ROBERT J. MEYER, Individually and On
Behalf of All Others Similarly Situated
By his attorneys,

_____
Nancy Freeman Gans
BBO # 184540
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109
(617) 369-7979

CLEAN HARBORS, INC., ALAN S. MCKIM
and ROGER A. KOENECKE
By their attorneys,

_____
Gary S. Matsko
BBO # 324640
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA 02108
(617) 367-2500

Dated: January 22, 2004