## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KIRKLAND, on Behalf of Himself and all Others Similarly Situated, | Civil Action No. 03cv12302 (RWZ) <br> Civil Action No. 03cv12523 (RWZ) <br> Civil Action No. 03cv12581 (RWZ) |
| Plaintiff, | Civil Action No. 03cv10061 (RWZ) |
| v. |  |
| CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE, | **VOLUNTARY STIPULATION OF DISMISSAL** |
| Defendants. |  |

WHEREAS, on October 27, 2004, the Court appointed Bernstein Liebhard & Lifshitz, LLP as Lead Counsel for all Plaintiffs and class members in all matters regarding the actions listed above (the "Litigation").

WHEREAS, the Litigation has not been certified as a Class Action pursuant to Fed. R. Civ. P. 23 and is not subject to Fed. R. Civ. P. 23(e) or Fed. R. Civ. P. 66.

WHEREAS, Defendants have not served any answer or motion for summary judgment.

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel, that the Litigation shall be dismissed under the following terms and conditions:

1. Parties agree to voluntarily dismiss Plaintiffs' claims pursuant to Fed. R. Civ. P. 41(a)(1)(ii) with prejudice;

2. The parties and their counsel effect, by and through this Stipulation, a full, mutual and complete release of any and all claims that they may have against one another arising from the filing, prosecution, defense, or dismissal of the Litigation;

3. Plaintiffs aver that the Litigation was commenced based on

publicly-available information at the time and that they filed the Litigation in good faith and in accordance with Rule 11 of the Federal Rules of Civil Procedure and that the Litigation is being withdrawn voluntarily, without consideration of value after consultation with competent counsel. Defendants agree not to contest these averments or the averment that the Plaintiffs and their respective counsel at all times complied with Rule 11 of the Federal Rules of Civil Procedure; and

        4.    That each party shall bear its own costs and expenses incurred in connection with the Litigation.

IT IS SO STIPULATED

Dated: November 30, 2004

        **SHAPIRO HABER & URMY LLP**

        **/s/Theodore M. Hess-Mahan**
        Theodore M. Hess-Mahan BBO # 557109
        Exchange Place
        53 State Street
        Boston, MA 02109
        Tel: (617) 439-3939

        **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
        Francis P. Karam
        10 East 40th Street
        New York, NY 10016
        Tel: (212) 779-1414

        **Lead Counsel for Plaintiffs**

Dated: November 30, 2004

                              **DAVIS MALM & D'AGOSTINE P.C.**

                              **/s/Gary S. Matsko**
                              Gary S. Matsko
                              One Boston Place
                              Boston, MA. 02108
                              Tel: (617) 367-2500

                              **Counsel for Defendants Clean Harbors, Inc.,
                              Alan S. McKim, and Roger A. Koenecke**